**LAQUER URBAN CLIFFORD & HODGE LLP**
Susan Graham Lovelace, State Bar No. 160913
*Email: Lovelace@luch.com*
Andrew Quinn Thompson, State Bar No. 340286
*Email: AThompson@luch.com*
200 South Los Robles Ave., Suite 500
Pasadena, California 91101-2432
Telephone: (626) 449-1882 / Facsimile: (626) 449-1958

Counsel for Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, CONTRACT COMPLIANCE FUND, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, and SOUTHERN CALIFORNIA IBEW-NECA ADMINISTRATIVE CORPORATION,<br><br>        Plaintiffs,<br>vs.<br><br>CALIFORNIA STREET LIGHTING, a California corporation,<br><br>        Defendant. | CASE NO.: 5:23-cv-2012-WLH-DTB<br><br>ASSIGNED TO THE HONORABLE WESLEY L. HSU<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**<br><br>[Fed. R. Civ. Proc. 55(b)(2)]<br><br>**FILED SEPARATELY, CONCURRENTLY AND IN SUPPORT THEREOF:**<br><br>1. **MEMORANDUM OF POINTS AND AUTHORITIES;**<br>2. **DECLARATION OF IGAL KHOSHELESAN;**<br>3. **DECLARATION OF RAUL RODRIGUEZ;**<br>4. **DECLARATION OF ANDREW Q. THOMPSON;** and<br>5. **[PROPOSED] JUDGMENT**<br><br>Hearing Information:<br>Date:    March 15, 2024<br>Time:    1:30 p.m.<br>Ctrm:    9B, 9th Floor |

1  TO THE HONORABLE WESLEY L. HSU AND THE CLERK OF THE UNITED
2  STATES DISTRICT COURT, CENTRAL DISTRICT, AND DEFENDANT,
3  CALIFORNIA STREET LIGHTING:

4  **PLEASE TAKE NOTICE** that on March 15, 2024, at 1:30 p.m., or as soon
5  thereafter as counsel may be heard, Plaintiffs, Trustees of the Southern California
6  IBEW-NECA Pension Plan, et al., will, and hereby do, move the Court in Courtroom
7  9B of the First Street Courthouse, located at 350 W. 1st Street, Los Angeles, CA
8  90012, before the Honorable Wesley L. Hsu, United States District Judge, for entry of
9  default judgment in favor of Plaintiffs and against California Street Lighting, a
10 California corporation, for the principal amount of $92,934.70, exclusive of attorneys'
11 fees and costs.

12 This motion will be made on the grounds that the Complaint in this action was
13 filed on October 2, 2023. [Dkt. 1.] The Summons and Complaint were served on
14 Defendant, California Street Lighting, a California corporation, on October 20, 2023.
15 The Declaration of Service was filed by Plaintiffs on October 25, 2023. [Dkt. 7.] No
16 answer or other response to the Complaint has been filed, and Defendant's default was
17 entered in the Civil Docket in the office of the Clerk of this Court on December 11,
18 2023. [Dkt. 12.] No proceedings have been taken by Defendant to set aside the
19 default.

20 This motion does not seek a default judgment against an infant or incompetent
21 person, nor does the Soldiers' and Sailors' Relief Act of 1940 or the Servicemembers'
22 Civil Relief Act apply in this action.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

This motion will be based on this notice of motion and motion, the declarations of Raul Rodriguez, Igal Khoshelesan, and Andrew Q. Thompson, the memorandum of points and authorities filed herewith, the proposed judgment lodged herewith, and on all the pleadings and documents on file herein.

DATED: February 7, 2024       LAQUER, URBAN, CLIFFORD & HODGE LLP

By: /s/ - *Andrew Q. Thompson*
  Andrew Q. Thompson
  Counsel for Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al.