**LAQUER URBAN CLIFFORD & HODGE LLP**
Susan Graham Lovelace, State Bar No. 160913
Email: *Lovelace@luch.com*
Andrew Quinn Thompson, State Bar No. 340286
Email: *AThompson@luch.com*
200 South Los Robles Ave., Suite 500
Pasadena, California 91101-2432
Telephone: (626) 449-1882 / Facsimile: (626) 449-1958

Counsel for Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al.

Diana Cimino, State Bar No. 179856
Cimino Law Offices
401 Glenneyre, Suite C
Laguna Beach, CA 92651
Telephone: (949) 494-9211 / Facsimile: (949) 715-3805

Counsel for Defendant, California Street Lighting

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA STREET LIGHTING, a California corporation,<br><br>Defendant. | Case No.: 5:23-CV-02012-WLH-DTB<br><br>ASSIGNED TO THE HONORABLE WESLEY L. HSU<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |

TO THE HONORABLE WESLEY L. HSU, UNITED STATES DISTRICT COURT JUDGE:

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al. (collectively, the "Trustees"), and Defendant, California Street Lighting, a California corporation ("CSL"), that, subject to the approval of the Court:

1. With regard to the claims raised by Trustees in the within lawsuit, CSL is liable to the Trustees in the amount of $139,274.90.

---

1
**STIPULATION FOR ENTRY OF JUDGMENT**

1892416.DOC

2. Judgment shall be entered against CSL and in favor of Trustees, in the amount of $139,274.90, plus post-judgment interest calculated at 8% per annum from June 20, 2024, until paid in full, in the form attached hereto as **Exhibit A.**

**IT IS SO STIPULATED.**

DATED: August 14, 2024        LAQUER, URBAN, CLIFFORD & HODGE LLP

By: */s/ Andrew Q. Thompson*
Andrew Q. Thompson, Attorney for Plaintiffs
Trustees of the Southern California
IBEW-NECA Pension Plan, et al.

DATED: August 14, 2024        CIMINO LAW OFFICES

By: */s/ Diana Cimino*
Diana Cimino, Attorney for Defendant
California Street Lighting

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Andrew Quinn Thompson hereby attests that concurrence in the filing of this document has been obtained from all other signatories identified above.

DATED: August 14, 2024        LAQUER, URBAN, CLIFFORD & HODGE LLP

By: */s/ - Andrew Quinn Thompson*
Andrew Q. Thompson, Attorney for Plaintiffs
Trustees of the Southern California
IBEW-NECA Pension Plan, et al.